**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| DEREE J. NORMAN, | : | No. 21 EM 2018 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| PUBLIC UTILITY COMMISSION, | : | |
| | : | |
| Respondent | : | |

**ORDER**

**PER CURIAM**

    **AND NOW**, this 6th day of April, 2018, the Application for Review of a Stay Order Pursuant to Pa.R.A.P. 3315 is DENIED.